UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00580-RJC

| | |
|---|---|
| ANDREW ELLIOT WILKINSON,　　　　　) <br> ) <br> Plaintiff,　　　　　) <br> ) <br> v.　　　　　) <br> )　　　ORDER <br> WELLS FARGO BANK, N.A., WELLS　　　) <br> FARGO CLEARING SERVICES, LLC d/b/a ) <br> Wells Fargo Advisors d/b/a First Clearing, ) <br> ANGIE OSTENDARP, MIKE QUIMBY,　　) <br> FINRA, and PLACE AND HANLEY, LLC, ) <br> ) <br> Defendants.　　　　　) | |

**THIS MATTER** comes before the Court on Defendants Wells Fargo Bank, N.A., Wells Fargo Clearing Services, LLC d/b/a Wells Fargo Advisors d/b/a First Clearing, Angie Ostendarp, and Mike Quimby's (collectively, the "Moving Defendants") Motion for Extension of Time to Respond to Complaint. (Doc. No. 6.)

**IT IS THEREFORE ORDERED** that Moving Defendants' motion, (Doc. No. 6), is **GRANTED**. Moving Defendants shall have to and including December 6, 2019 to serve a response to Plaintiff's Complaint.

Signed: November 14, 2019

*[Signature]*

Robert J. Conrad, Jr.
United States District Judge