Motion
Case # 3:19 cv 580
To Plea For
Criminal Prosecutor

Dear Judge Conrad,

Since our last case 3:16cv755, The Federal Government has received $1 Billion and $575 Million for the very same crime you deemed "futile".

This is a continued plea for the courts help. I have now copies of the 4th Circuit Rules, WNC District Rules, and Local Rules Governing Criminal and Civil Cases.

Today, their 30 days are up and I still actively try to understand the law in all its Glory (Non dispositive as it may be).

Having no proof (signed contractual documentation), I require the Courts prowess and power, as the defendants refusal and denial allowing me my deserved paper work for 14 years and 10 months proves fraud, malice and probably all of "Suspected Violated Codes and Statutes" in Original Complaint # 3:19cv580 removed from N.C. Superior Ct. I require help. I require a Discovery Hearing with Results. I require a Prosecuting Attorney to manage this Treason correctly.

The Interim USAG Settlement Agreement allows for other cases to be prosecuted otherwise. The states allowance by the Agreement should have been enough to manage this in State Court but this Court is where they wanted it. [Tighter Rules, more stringent timeline...] has proven = "Any one with enough money for the Banks to figure how much they can get away with, is a victim of the Banks, The Bar, and the Government Employee Sector."

Please understand, I will pursue this matter until my dying day if necessary. The damage of my anger is obvious. It is as if "they did this deliberately!" My childrens future has been stolen. My life "identity" has been stolen. Where does it stop?

Please Help!

Drew Wilkinson
*[signature]*

Case # 3:19 cv 580
Date Friday Dec. 6, 2019

## Motions Intended when I Learn How

1. Trial by Jury - submitted
2. Mandamus for Prosecuting Attorney
3. Discovery Hearing and Discovery
4. Insurrections and Revocations
5. RICO
6. Amendment of Complaint after Discovery
7. Addition of Defendants:
   - Wells Fargo Companies
   - Wachovia Securities Financial Holdings, LLC
   - FINRA

   I still actively seek how to find Randall Place of Place/Hawley Law Firm LLC
   Who is Hawley?
8. To Change or Amend Offer to Cure

I actively seek Rules of Criminal Procedure (Federal) as to improve my understanding of the process

Perhaps Subpoena Duces Tecum and Writ of Habeus Corpus Cum Causa

## VERIFICATION

ANDREW Elliott Wilkinson _____ says that he/she is the Plaintiff in this matter, that he/she has read and understood this COMPLAINT and knows the contents to be true of his/her own personal knowledge, except for those matters and things set forth upon information and belief; and as to those matters and things, he/she believes them to be true.

_____
Plaintiff

Sworn to and subscribed before me this 6 day of December 2019

_____
Notary Public

My commission expires: April 21 2020

[Notary Seal: ARKETHA HOOVER, NOTARY PUBLIC, MECKLENBURG COUNTY, NC]

MAILED IN REGULAR MAIL ON DATE ABOVE

You are required to keep the Court advised of your current address and contact phone number. A Notice of Change of Address form is provided in this form packet.

**Form 2. Date, Signature, Address, E-mail Address, and Telephone Number.**
*(Use at the conclusion of pleadings and other papers that require a signature.)*

Date 12-06-2019

*[Signature]*
(Signature of the attorney
or unrepresented party)

ANDREW Elliott WIlKINSON
(Printed name)

1430 PINETREE Dr. Char. NC. 28270
(Address)

G4dREWWf@gmail.com
(E-mail address)

336 877 0329
(Telephone number)

4th Circuit
United States Federal Court
North Carolina Western District
Charlotte, North Carolina Division

Removed from N.C. Superior Court
Mecklenburg County District 26


Plaintiff/Complaintant/VICTIM
   PRO SE
(until I find Counsel)


 VS


Please See List of

Defendants in Complaint

Case #

3:19 cv 580

Date
Dec. 6, 2019

# Addendum: List of Defendants Revised

Wells Fargo Bank NA
Attn: C. Allen Parker [Interim CEO] etal 1-100
420 Montgomery St.
San Francisco, Ca. 94104

✳ North Carolina Mgmt. Representative for
Wells Fargo Bank NA [As Requested in
Discovery Demands] in January 2005

Wells Fargo Advisors
Attn: David Kowach [President] etal 1-100
1 North Jefferson
St. Louis, Mo. 63103

✳ North Carolina Mgmt. Representative for
Wells Fargo Advisors [As Requested in
Discovery Demands] in January 2005

1st Clearing LLC
Attn: John G. Peluso [President] etal 1-100
1 North Jefferson
St. Louis, Mo. 63103

* North Carolina Mgmt. Representative for
1st Clearing LLC {as requested in
Discovery Demands} in January 2005

Angie Ostendarp [WFA Broker]
4525 Sharon Rd. 2nd Floor
Charlotte, NC. 28211

* Wells Fargo Bank Branch Manager at
4525 Sharon Rd. {as requested in
Discovery Demands} in January 2005

Mike Quimby
Boulder Main Suite 1244
1650 28th St.
Boulder, Co. 80301

FINRA
Attn: R.W. Cook [President/CEO] etal 1-100
1735 K Street
Washington, D.C. 20006

Place and Hawley LLC
Randall Place / Sara Hawley (Partners) etal 1-100
1415 Panther Lane
Naples, Fla. 34109

\* Denotes Unknown Suspected Defendants Relative to this Case.
Case # 19 cvs 15259

This Addendum will be included with service of Complaint.

Date Sept. 27, 2019 (9-27-19)

Case # 19 cvs 15259

Signature: [signature]

This Addendum will be served with original complaint.