4th Circuit Federal Court
Western District North Carolina Charlotte Division
Removed from NC State Mecklenburg County Superior Court

FILED
CHARLOTTE, NC

FEB - 2 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

<u>Claimant/Plaintiff/Victim</u>
Andrew Elliott Wilkinson

Case #
3:19-CV-00580

VS

<u>Defendants</u>

Angie Ostendarp
Andy Tullis (Deceased)
Wells Fargo Advisors (WFA)
Mike Quimby
Wells Fargo Bank, N.A. (WFB)
FINRA
Randall Place/Place Hanley Law Firm LLC
1st Clearing LLC
Wells Fargo Company (WFC)
Wells Fargo Clearing Svcs. (WFCS)

Notice of Appeal
Motion for DA
Motion to Enjoin
Subpoena to Appear
Subpoena to Produce
Documents, Information

Probably others

Signed

*[signature]*

Date

FEB, 2, 2022

SASE Envelope included to please send Clerk of Court Stamped Documents

These Documents Dropped in Box at Courthouse

4th Circuit Federal Court
Western District North Carolina Charlotte Division
Removed from NC State Mecklenburg County Superior Court

Claimant/Plaintiff/Victim
Andrew Elliott Wilkinson

Case #
3:19-CV-00580

VS

Defendants

Angie Ostendarp
Andy Tullis (Deceased)
Wells Fargo Advisors (WFA)
Mike Quimby
Wells Fargo Bank, N.A. (WFB)
FINRA
Randall Place/Place Hanley Law Firm LLC
1st Clearing LLC
Wells Fargo Company (WFC)
Wells Fargo Clearing Svcs. (WFCS)

NOTICE
of
APPEAL

Probably others

Signed

*[signature]*

Date

*[signature]*
FEB. 2, 2022  DW

# Notice of Appeal

## Statement

I, Drew Wilkinson, am NOT an attorney, a banker, or a computer expert. However, I, Drew Wilkinson, am a victim of the Wells Fargo Defendants, FINRA, and Place Hanley Law Firm LLC, (which evidently has disbanded since representing me, Drew Wilkinson (Plaintiff), in 2015-2016. Being well paid to aid the Defendants to avoid prosecution, in association with a "Deferred Criminal Prosecution Agreement", in conjunction with a Billions of Dollars fines, to steal 3.5 million identities, who only knows how much money, and wreck 1% of all American Families is proof of malicious intent. Possessing NO DOCUMENTATION for 17 years proves Obstruction of Justice. This case proves "Privacy Banks" are or can be money laundering institutions.

Please note this Notice of Appeal be allowed by Judge Conrads Order Dated (Filed) Jan 3, 2022. [Also Rule 2 and Rule 3 of FRAP (Fed. Rules of Appellate Procedure)]

This COURT [4th CIRCUIT WDNC] has PROVEN "CRIME PAYS." It is therefore ACKNOWLEDGED that the CRIMINAL DEFERRED PROSECUTION AGREEMENT cowritten by the WDNC FEDERAL District Attorney is a law against the PEOPLE. (UNCONSTITUTIONAL)!

When the WELLS FARGO MACHINE can LAUNDER MONEY thru "PRIVACY BANKS" for profit, "that BILLION DOLLAR FINES ARE NON ~~Esque~~ CONSEQUENTIAL to business as usual," the USA [UNITED STATES OF AMERICA] is a CRIMINAL Capitalistic COMMUNISM.

In JANUARY, AT A local RESTAURANT, AFTER MENTIONING Charlotte Banking Investment Services, in my (Plaintiff) complaint, a MAN who REFUSED to tell ME his NAME, threatened to "(Kick or whip) MY _SS" AND CUSSED MY MOTHER, I knew something WAS WRONG. He DID SAY he OWNED the Siskey YMCA. Why would he do that? Is this case relative to "that" PONZI SCHEME?

(Plaintiff) I believe, Charlotte Banking Investment Services managed by my BROKER(?) Augie Ostendarp, is involved with high up COURT AND/D.A. OFFICE OFFICIALS AND JUDGE CONRAD is stuck in the MIDDLE. I hope he is NOT INVOLVED. Therefore, A MOTION FOR AN OUT of N.C. STATE, District Attorney be ASSIGNED to this CASE #3:19cv00580 IN this APPEAL. (INCLUDED)

Judge Conrads Refusal to Allow, Acknowledge, Compel or Order the Evidence for this Case (3:19 cv 00580) shows an astute will to render crime legal. As stated many times, Plaintiff, Drew Wilkinson is <u>NOT</u> an Attorney.

It is therefore supposed that by Association, Judge Conrad, the Federal D.A.'s Office, Wells Fargo Defendants and all other named Defendants, fear the Truth in this Court of Law.

Let us not forget, the young man in the Clerk of Courts Office, that refused my (Plaintiff) Motion for Subpoenas, be included in this Association. I (Plaintiff) suppose as well, that Charlotte Banking Investment Services is the common bind. [Motion for Subpoenas April 20, 2020] - REFUSED!

18 USC @ 1510 Obstruction of Criminal Investigations [or in this case, the refusal to initiate an investigation]. Therefore, included in this Notice of Appeal, a Motion for an Out of N.C. State District Attorney from 4th Circuit Appeals Court is administered. Let us see how far the Fraud, Forgery, Subornation of Perjury is willing to go.

Please Note, the necessary Documentation Requested, Required, Demanded and Ordered to write a Specific Complaint in Discovery Demands of Complaints is necessary for a more specific complaint.

JUDGE CONRADS ERRONEOUS ORDERS SUPPRESSING MY (Plaintiff) LIFE, REQUIRES NEW COMPLAINT MATERIAL.

18 USC @ 1031 - MAJOR FRAUD AGAINST the United States

18 USC @ 1021 - Title Records

18 USC @ 1014 - LOAN AND CREDIT Applications generally

~~[scribbled out]~~

18 USC @ 1007 FDIC transactions

18 USC @ 1005 BANK ENTRIES, REPORTS, transactions

NCGS 105-83 Installment paper dealers
  88(c) - At the time of making any such loan, the person or officer of the firm or corporation making the loan, shall give to the borrower in writing in convenient form, a statement showing the amount received by the borrower, the amount to be paid back by the borrower, the time in which the amount is to be paid and the rate of interest and discount agreed upon.

18 USC @ 1003 DEMANDS AGAINST the United States

SEE NEXT PAGE

18 USC @ 1002 Possession of
False Papers to Defraud
United States

18 USC @ 1001 - Statements or entries
generally

NCGS 14-254 - Malfeasance of
Corporation Officers and Agents (a)(b)

RICO



Please note during the FINRA Hearing
(Case #15-01842), Anzie Ostendorp
acknowledged "those documents should have
been mailed out." Place/Hawley refused to
act on this statement or pursue Discovery.
They now neglect and ignore me while urging
me into Federal Court because I wouldn't win
in State Court. NCGS - Aid to Defendants to
avoid prosecution. (Properly noted in Complaint)