FILED: February 8, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1090
(3:19-cv-00580-RJC)

_____

ANDREW ELLIOTT WILKINSON

        Plaintiff - Appellant

v.

FINRA; PLACE AND HANLEY, LCC

        Defendants - Appellees

 and

WELLS FARGO CLEARING SERVICES, LLC; ANGIE OSTENDARP; MIKE QUIMBY

        Defendants

RANDALL CHARLES PLACE

        Respondent

_____

O R D E R
_____

The court grants leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk